**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sheila Anne Cole** | Social Security number or ITIN   **xxx–xx–6304** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | |
| Case number: | **21–31256–KRH** | |

# Discharge of Debtor                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Sheila Anne Cole

September 29, 2021                                   **For the court:**        William C. Redden
                                                                                                            Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                   **Discharge of Debtor**                                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                      **Discharge of Debtor**                      page 2

United States Bankruptcy Court

Eastern District of Virginia

In re:  
Sheila Anne Cole  
    Debtor

Case No. 21-31256-KRH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-7     User: baumgartn     Page 1 of 3  
Date Rcvd: Sep 29, 2021     Form ID: 318     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Anne Cole, 7319 Barnette Ave., Mechanicsville, VA 23111-1305 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, LOGS Legal Group, 501 Independence Parkway, Suite 203, Chesapeake, VA 23320-5174 |
| 15631589 | + | Balance and Ear Center, Inc, 10200 Three Chopt Road, Henrico, VA 23233-2083 |
| 15631591 | + | CBE Group, PO Box 2594, Waterloo, IA 50704-2594 |
| 15631600 | | Gilliam & Mikula, PLLC, 804 Moorefield Park Drive, Suite 200, Richmond, VA 23236-3671 |
| 15631602 | #+ | Hampton Roads Radiology, 110 Kingsley Road, Ste 305, Norfolk, VA 23505-4617 |
| 15631604 | + | Lab Corp, PO Box 2240, Burlington, NC 27216-2240 |
| 15631606 | + | MCV Physicians, P.O. Box 91747, Richmond, VA 23291-9747 |
| 15631607 | + | Memorial Regional Medical Cent, P.O. Box 409438, Atlanta, GA 30384-9438 |
| 15631610 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15631612 | + | Parrish and Lebar, L.L.P, 5 East Franklin Street, Richmond, VA 23219-2105 |
| 15631617 | #+ | Sheltering Arms Physical Rehab, 8254 Atlee Rd, Mechanicsville, VA 23116-1844 |
| 15631618 | + | St Mary's Hospital, P O Box 409553, Atlanta, GA 30384-9553 |
| 15631619 | + | Sync/ JC Pennys, ATTN BANKRUPTCY, Po Box 965007, Orlando, FL 32896-5007 |
| 15631621 | + | Tuckahoe Orthopaedic Assoc., P.O. Box 71690, Henrico, VA 23255-1690 |
| 15631622 | + | United Consumers, PO Box 4466, Woodbridge, VA 22194-4466 |
| 15631623 | + | United Consumers Inc, Attn: Bankruptcy Dept, Po Box 4466, Woodbridge, VA 22194-4466 |
| 15631624 | + | Vann Virginia Ctr for Orthpa, 230 Clearfield Ave 124, Virginia Beach, VA 23462-1832 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJJWEST | Sep 30 2021 04:33:00 | Jennifer J. West, 341 Dial 866-628-8242 Code: 5053845, Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| 15631587 | + | EDI: CINGMIDLAND.COM | Sep 30 2021 04:33:00 | AT&T Mobility, PO Box 6463, Carol Stream, IL 60197-6463 |
| 15631586 | + | EDI: AMEREXPR.COM | Sep 30 2021 04:33:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15631588 | + | Email/Text: bankruptcy@atlanticunionbank.com | Sep 30 2021 00:33:00 | Atlantic Union Bank, Attn: Bankruptcy, Po Box 940, Ruther Glen, VA 22546-0940 |
| 15631590 | | EDI: BANKAMER.COM | Sep 30 2021 04:33:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998-0000 |
| 15631592 | + | EDI: CCS.COM | Sep 30 2021 04:33:00 | CCS, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 15631593 | + | Email/Text: crbankruptcy@commrad.com | Sep 30 2021 00:33:00 | Commonwealth Radiology, 1508 Willow Lawn Drive, Suite 117, Richmond, VA 23230-3421 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15631594 | + | EDI: CCS.COM | Sep 30 2021 04:33:00 | Credit Collection Services, Two Wells Avenue, Dept. 9134, Newton Center, MA 02459-3225 |
| 15631812 | | EDI: IRS.COM | Sep 30 2021 04:33:00 | DEPARTMENT OF THE TREASURY-IRS, INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 15631595 | + | EDI: DISCOVER.COM | Sep 30 2021 04:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15631597 | + | Email/Text: bknotice@ercbpo.com | Sep 30 2021 00:33:00 | ERC, PO BOx 57610, Jacksonville, FL 32241-7610 |
| 15631596 | + | Email/Text: bknotice@ercbpo.com | Sep 30 2021 00:33:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15631599 | | Email/Text: bk@freedomfinancialnetwork.com | Sep 30 2021 00:33:00 | Freedom Financial Asset Management, LLC., Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002-0000 |
| 15631598 | + | EDI: FSAE.COM | Sep 30 2021 04:33:00 | Firstsource Advantage LL, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15631601 | | Email/Text: specialhandling@glasserlaw.com | Sep 30 2021 00:33:00 | Glasser & Glasser, 580 E. Main St., Suite 600, Norfolk, VA 23510-0000 |
| 15631605 | + | EDI: MID8.COM | Sep 30 2021 04:33:00 | MCM, PO Box 603, Oaks, PA 19456-0603 |
| 15631608 | + | EDI: MID8.COM | Sep 30 2021 04:33:00 | Midland Credit, 2365 Northside Dr, San Diego, CA 92108-2709 |
| 15631609 | + | EDI: MID8.COM | Sep 30 2021 04:33:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15631613 | | Email/Text: IL_VA@mcmcg.com | Sep 30 2021 00:33:00 | Peter Heindel, Esquire, 6627 W. Broad St., Suite 200, Richmond, VA 23230-0000 |
| 15631614 | | EDI: PRA.COM | Sep 30 2021 04:33:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502-0000 |
| 15631615 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:37:24 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15631616 | | Email/Text: courts@scott-pc.com | Sep 30 2021 00:33:00 | Scott & Associates, 1120 Metrocrest Dr., Suite 100, Carrollton, TX 75006-5862 |
| 15631620 | + | EDI: RMSC.COM | Sep 30 2021 04:33:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15631625 | + | Email/Text: bkr@taxva.com | Sep 30 2021 00:33:00 | Virginia Dept. of Taxation, P O Box 2156, Richmond, VA 23218-2156 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Jennifer J. West, 341 Dial 866-628-8242 Code: 5053845, Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| 15631603 | * | Internal Revenue Service, Centralized Insolvency Operati, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15631611 | ##+ | Ortho Virginia, PO Box 35725, Richmond, VA 23235-0725 |
| 15631626 | ##+ | Zwicker & Associates, 948 Clopper Road, 2nd Floor, Gaithersburg, MD 20878-1366 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0422-7 | User: baumgartn | Page 3 of 3 |
| Date Rcvd: Sep 29, 2021 | Form ID: 318 | Total Noticed: 42 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James E. Kane | on behalf of Debtor Sheila Anne Cole jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com |
| Jennifer J. West | jjw_trustee@spottsfain.com  jjwest@ecf.axosfs.com |
| Jennifer J. West | on behalf of Trustee Jennifer J. West jjw_trustee@spottsfain.com  jjwest@ecf.axosfs.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Mary F. Balthasar Lake | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LOGSECF@logs.com |

TOTAL: 5